IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
TEXAS DALLAS DIVISION

| | | |
|---|---|---|
| LEA BLOTTIN | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:10-CV-01905.M |
| | § | |
| MARY KAY, INC., | § | |
| | § | |
| Defendant. | § | |

### DEFENDANT'S OBJECTIONS TO PLAINTIFF'S EXHIBIT LIST

Pursuant to this Court's Trial Setting Order (doc. 79), Plaintiff Lea Blottin designates the following exhibits which she intends to use as evidence at trial:

| Exh. No. | Description | Agree | Object | Admitted |
|---|---|---|---|---|
| Pl. Ex. 1 | "The Mary Kay Way" (book) by Mary Kay Ash, published by John Wiley & Sons, Inc., 2008 | | Relevance (FED. R. EVID. 401, 403) | |
| Pl. Ex. 2 | Mary Kay, Inc., EEO Policies | | | |
| Pl. Ex. 3 | Mary Kay, Inc. "Our Core Values" Power Statements | | Relevance (FED. R. EVID. 401, 403) | |
| Pl. Ex. 4 | Mary Kay, Inc., Leadership Practice Rules | | Relevance (FED. R. EVID. 401, 403) | |
| Pl. Ex. 5 | Employee Handbook | | | |
| Pl. Ex. 6 | Supervisor Manual | | | |
| Pl. Ex. 7 | Nuts & Bolts: Essentials for Leadership Success! Manual | | | |
| Pl. Ex. 8 | Quotes from Mary Kay Ash | | Relevance (FED. R. EVID. 401, 403) | |
| Pl. Ex. 9 | Returning from Leave policy | | | |

| | | | | |
|---|---|---|---|---|
| Pl. Ex. 10 | Harassment Prevention Training Slides | | Relevance (FED. R. EVID. 401, 403) | |
| Pl. Ex. 11 | Performance Improvement Process | | | |
| Pl. Ex. 12 | Mary Kay, Inc.,"Have you ever..." presentation | | Relevance (FED. R. EVID. 401, 403) | |
| Pl. Ex. 13 | Organizational Chart – Sales & Marketing / Forecasting & Analysis – April 24, 2007 | | | |
| Pl. Ex. 14 | Blottin Performance Reviews | | Relevance (FED. R. EVID. 401, 403) other than 2007-2009 | |
| Pl. Ex. 15 | Finance Division Work Schedule Guidelines | | | |
| Pl. Ex. 16 | October 29, 2007, Expectations List | | | |
| Pl. Ex. 17 | November 14, 2007, Blottin Performance Issues | | | |
| Pl. Ex. 18 | March 17, 2008, Joiner memo to Blottin employee file | | | |
| Pl. Ex. 19 | Joiner Formal Reminder – Performance Improvement Plan | | | |
| Pl. Ex. 20 | Dasgupta Written Warning to Blottin | | | |
| Pl. Ex. 21 | December 20, 2007, Gleaves memo re Blottin's demotion | | | |
| Pl. Ex. 22 | January 5, 2008, Joiner email to Gleaves | | | |
| Pl. Ex. 23 | Linda Martin memos re Blottin's leave | | | |
| Pl. Ex. 24 | Emails re Blottin's paychecks while on leave | | | |
| Pl. Ex. 25 | Tanja Edenfield Exit Interview – May 5, 2007 | | Relevance (FED. R. EVID. 401, 403) | |

| Pl. Ex. 26 | Monica Marek Exit Interview – January 30, 2009 | | Relevance (FED. R. EVID. 401, 403) | |
|---|---|---|---|---|
| Pl. Ex. 27 | February 4, 2009, Dasgupta email to Blottin denying vacation request | | | |
| Pl. Ex. 28 | June 21, 2009, Blottin resignation letter | | Relevance (FED. R. EVID. 401, 403) | |
| Pl. Ex. 29 | April 25, 2000, Blottin hire letter | | Relevance (FED. R. EVID. 401, 403) | |
| Pl. Ex. 30 | Blottin's resume | | Relevance (FED. R. EVID. 401, 403) | |
| Pl. Ex. 31 | Blottin Mary Kay Rewards Statements | | Relevance (FED. R. EVID. 401, 403) | |
| Pl. Ex. 32 | Blottin Acknowledgement of Receipt of Harassment Policy | | | |
| Pl. Ex. 33 | Blottin Multi-Use Change Form – Transfer – December 6, 2004 | | Relevance (FED. R. EVID. 401, 403) | |
| Pl. Ex. 34 | Blottin Multi-Use Change Form – Promotion – March 16, 2006 | | Relevance (FED. R. EVID. 401, 403) | |
| Pl. Ex. 35 | Blottin Super Star Nomination – January, 1999 | | Relevance (FED. R. EVID. 401, 403) | |
| Pl. Ex. 36 | Blottin Super Star Award – 2007 | | | |
| Pl. Ex. 37 | Thank you from Charchoghlyan – October 23, 2007 | | Relevance (FED. R. EVID. 401, 403) | |
| Pl. Ex. 38 | Blottin Rising Above It All article in Company Newsletter | | Relevance (FED. R. EVID. 401, 403) | |
| Pl. Ex. 39 | Blottin Certificate of Achievement – Nuts and Bolts | | | |
| Pl. Ex. 40 | November 13, 2007, Jana Woods email to Blottin | | | |

| | | | | |
|---|---|---|---|---|
| Pl. Ex. 41 | December 6, 2007, Dobmeier email to Gleaves re: Blottin | | | |
| Pl. Ex. 42 | Blottin's Concerns for Mary Kay, Inc. – December 10, 2007 | | | |
| Pl. Ex. 43 | 2007 Blottin Performance Review Rebuttal | | Hearsay (FED. R. EVID. 801) Authentication (FED. R. EVID. 901) | |
| Pl. Ex. 44 | Joiner revisions of Blottin's work | | Hearsay (FED. R. EVID. 801) Authentication (FED. R. EVID. 901) | |
| Pl. Ex. 45 | Promotional SKU Forecasting Process Questionnaire | | Hearsay (FED. R. EVID. 801) | |
| Pl. Ex. 46 | Joiner handwritten notes, 2008 | | | |
| Pl. Ex. 47 | February 12, 2008, Blottin email to Joiner with markups | | Hearsay (FED. R. EVID. 801) Authentication (FED. R. EVID. 901) | |
| Pl. Ex. 48 | March 15, 2007, Blottin email to Gleaves re: team objectives | | | |
| Pl. Ex. 49 | May 30, 2007, Gleaves email to Blottin re: Mercury Hall | | | |
| Pl. Ex. 50 | June 13, 2007, Blottin email to Gleaves re: Gower | | | |
| Pl. Ex. 51 | August 14, 2007, Blottin email to Gleaves re: Gower | | | |
| Pl. Ex. 52 | November 12, 2007, Email exchange between Blottin and Henline | | | |
| Pl. Ex. 53 | January 10, 2008, Notes re: meeting with Blottin, Gleaves, Dobmeier | | | |

| | | | | | |
|---|---|---|---|---|---|
| Pl. Ex. 54 | January 14, 2008, Blottin Return to Work Release and memo | | | | |
| Pl. Ex. 55 | February 5, 2009, Notes re: Blottin and Dasgupta/Joiner | | | | |
| Pl. Ex. 56 | Internal Job Bid documents | | | | |
| Pl. Ex. 57 | Henline emails | | | | |
| Pl. Ex. 58 | Handwritten questions for HR | | | | |
| Pl. Ex. 59 | November 12, 2007, Gleaves meeting notice | | | | |
| Pl. Ex. 60 | EEOC Charge of Discrimination | | | | |
| Pl. Ex. 61 | December 23, 2008, Sanford letter to Simon re: Notice of EEOC Charge | | Relevance (FED. R. EVID. 401, 403) | | |
| Pl. Ex. 62 | EEOC Notice letter to Mary Kay, Inc. | | Relevance (FED. R. EVID. 401, 403) | | |
| Pl. Ex. 63 | EEOC Notice of Blottin Charge | | Relevance (FED. R. EVID. 401, 403) | | |
| Pl. Ex. 64 | Blottin Resignation letter – February 6, 2009 | | | | |
| Pl. Ex. 65 | Blottin Multi-Use Change form – Supervisor change – December 1, 2008 | | | | |
| Pl. Ex. 66 | Blottin Multi-Use Change form – Termination – February 6, 2009 | | | | |
| Pl. Ex. 67 | Blottin Exit Interview – February 6, 2009 | | Hearsay (FED. R. EVID. 801) | | |
| Pl. Ex. 68 | February 13, 2009, Blottin email to Garza | | Relevance (FED. R. EVID. 401, 403) | | |
| Pl. Ex. 69 | February 13, 2009, Blottin facebook with Domke | | Relevance (FED. R. EVID. 401, 403) | | |

82121_1

| Pl. Ex. 70 | Gower Exit Interview – February 1, 2010 | | Relevance (FED. R. EVID. 401, 403) | |
|---|---|---|---|---|
| Pl. Ex. 71 | Blottin Drug test results and Blottin photo | | Relevance (FED. R. EVID. 401, 403) | |
| Pl. Ex. 72 | Job Description – Promotional Forecasting Analyst – June, 2003 | | Relevance (FED. R. EVID. 401, 403) | |
| Pl. Ex. 73 | Job Description – Senior Business Analyst – October, 2003 | | Relevance (FED. R. EVID. 401, 403) | |
| Pl. Ex. 74 | April 18, 2006, Blottin promotion email | | Relevance (FED. R. EVID. 401, 403) | |
| Pl. Ex. 75 | Acknowledgement for go-give act – August 24, 2004 | | Relevance (FED. R. EVID. 401, 403) | |
| Pl. Ex. 76 | September 18, 2006, Blottin promotion email | | | |
| Pl. Ex. 77 | Henline Boss's Day card – October 18, 2007 | | Relevance (FED. R. EVID. 401, 403) Hearsay (FED. R. EVID. 801) | |
| Pl. Ex. 78 | Blottin Boss's Day card | | Relevance (FED. R. EVID. 401, 403) Hearsay (FED. R. EVID. 801) | |
| Pl. Ex. 79 | Henline Congratulations card – August 30, 2006 | | Hearsay (FED. R. EVID. 801) | |
| Pl. Ex. 80 | Henline Thank you card | | Relevance (FED. R. EVID. 401, 403) Hearsay (FED. R. EVID. 801) | |
| Pl. Ex. 81 | Henline handwritten note | | Relevance (FED. R. EVID. 401, 403) | |
| Pl. Ex. 82 | U.S. Forecasting Cycle – Desktop Procedure | | | |
| Pl. Ex. 83 | Dr. Sims-Stover records | | | |
| Pl. Ex. 84 | Dr. Tajani records | | | |
| Pl. Ex. 85 | Blottin Outlook calendar | | | |

| | | | | |
|---|---|---|---|---|
| Pl. Ex. 86 | Joiner's Personal Daily Notes | | | |
| Pl. Ex. 87 | Joiner's Calendar | | | |
| Pl. Ex. 88 | Blottin note re: major – October 31, 2009 | | | |
| Pl. Ex. 89 | Herb Burkman Expert Report | | FED. R. EVID. 701-703 | |
| Pl. Ex. 90 | Updated Expert Report of Herb Burkman | | FED. R. EVID. 701-703 | |
| Pl. Ex. 91 | Statement of Defendant's net worth | | Relevance (FED. R. EVID. 401, 403) Lack of Foundation (FED. R. EVID. 601) | |

Plaintiff reserves the right to use in her case-in-chief any of the exhibits designated by Defendant.

Respectfully submitted,

**GRUBER HURST JOHANSEN HAIL & SHANK LLP**

/s/ A. Shonn Brown
Michael K. Hurst
State Bar No. 10316310
A. Shonn Brown
State Bar No. 24007164

1445 Ross Avenue, Suite 2500
Dallas, Texas 75202
Telephone: 214.855.6865
Facsimile: 214.855.6808

ATTORNEYS FOR DEFENDANT
MARY KAY INC.

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has been served upon all counsel of record via the Court's ECF filing on this 10th day of September, 2012, as follows:

Brian P. Sanford
David B. Norris
SANFORD BETHUNE
3610 Shire Blvd., Suite 206
Richardson, TX 75082

/s/ A. Shonn Brown
A. Shonn Brown